WORTHINGTON FARMS v. FLAKE

No. 315P97

Case below: 126 N.C.App. 439

Petition by defendant and third party plaintiff (Lurae Flake) for discretionary review pursuant to G.S. 7A-31 denied 4 September 1997.

YELVERTON v. BRIGHTHURST/BISHOPS RIDGE CONDOMINIUM ASSN.

No. 343P97

Case below: 126 N.C.App. 634

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 September 1997.